# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Antwan Dominique Grayson, | ) |
| *Petitioner* | ) |
| v. | ) Civil Action No. 1:17-cv-01879-JFA |
| Warden of Broad River, | ) |
| *Respondent* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Antwan Dominique Grayson, shall take nothing of the respondent, Warden of Broad River, and this action is dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the petition for lack of prosecution.

Date: March 6, 2018

*ROBIN L. BLUME, CLERK OF COURT*

s/M. Walker

*Signature of Clerk or Deputy Clerk*